2009-10871
FILED
October 09, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002120912

**4**

1  T. SCOTT BELDEN, CSB NO. 184387
   TERRENCE T. EGLAND, CSB NO. 240911
2  KLEIN, DENATALE, GOLDNER,
     COOPER, ROSENLIEB & KIMBALL, LLP
3  4550 California Avenue, Second Floor
   Bakersfield, California 93309
4  Telephone: (661) 395-1000
   Facsimile: (661) 326-0418
5  E-Mail: sbelden@kleinlaw.com; tegland@kleinlaw.com

6  Attorneys for Debtor and Debtor-in-Possession
   MLE Enterprises, Inc.

7

8                 **UNITED STATES BANKRUPTCY COURT**

9          **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

| | |
|---|---|
| In re: | Case No.  09-10871-B-11 |
| MLE ENTERPRISES, INC., | Small Business Case Under Chapter  11 |
| Debtor. | DC No.  KDG-7 |
| | Date:  August 27, 2009 |
| | Time:  9:00 a.m. |
| | Place:  U.S. Bankruptcy Court 2500 Tulare Street, Dept. B Courtroom 12, Fifth Floor Fresno, CA |
| | Judge:  Honorable W. Richard Lee |

**FINDINGS OF FACT IN SUPPORT OF CONFIRMATION OF
FIRST AMENDED PLAN OF REORGANIZATION FILED BY
DEBTOR**

**I.     Introduction**[1]

Confirmation of the *First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Modified)* filed by MLE ENTERPRISES, INC. ("Debtor"), on July 16, 2009, as modified by the *First Modification of Plan of Reorganization Before Confirmation Filed by Debtor* filed on August 20, 2009, and the *Second Modification of Plan of*

---

[1]  The Capitalized terms herein shall have the same meaning as set forth in the First Amended Plan of
     ...ation filed on September 3, 2009.

0.DOC                                    1

RECEIVED
September 29, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002120912

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

*Reorganization Before Confirmation Filed by Debtor* filed on August 24, 2009 (collectively referred to as the "First Amended Plan"), came on for hearing on August 27, 2009, at 1:30 p.m. after notice to Debtor, the United States Trustee, all creditors and parties requesting special notice. Appearances were as set forth on the record.

The Court reviewed the First Amended Plan, the Worksheets for Determining Acceptance of Plan of Reorganization submitted by Debtor, the *Memorandum of Points and Authorities in Support of Confirmation of Plan of Reorganization Filed by Debtor* ("the Memorandum of Points and Authorities"), the *Declaration of Kevin Allen in Support of Confirmation of Plan of Reorganization Filed by Debtor* ("the Declaration of Kevin Allen"), The Ballots on Plan of Reorganization filed by Debtor (the "Ballots"), the Opposition to confirmation filed by the Terra Nova Group, and considered the comments made on the record by counsel for Debtor and other counsel.

After determining that copies of the First Amended Plan and the *First Amended Disclosure Statement* approved by the Court had been served on Debtor, the United States Trustee, all creditors, parties in interest, and parties requesting special notice, makes the following findings as more fully described on the record at the hearing held on August 27, 2009:

**II.    Findings of Fact and Conclusions of Law**

1.      Debtor's *First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Modified)* filed on July 16, 2009, as modified by the *First Modification of Plan of Reorganization Before Confirmation Filed by Debtor* filed on August 20, 2009, and the *Second Modification of Plan of Reorganization Before Confirmation Filed by Debtor* filed on August 24, 2009, with each modification having been incorporated into the *First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Modified)* filed by Debtor on September __, 2009 (collectively referred to as the "Plan"), complies with the applicable provisions of Chapter 11 of the Bankruptcy Code and meets the requirements of 11 U.S.C. § 1129 as more fully described below;

/ / /

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

2.      The Plan has been proposed in good faith and not by any means forbidden by law;

3.      Any payment made or promised by Debtor or the estate for the services or for costs and expenses incurred in connection with the case, or in connection with the Plan and incident to the case, have been disclosed to the Court;

4.      Each holder of a claim or interest of an impaired class that has accepted the Plan has, or will receive or retain under the Plan as modified and amended, property of a value, as of the Effective date of the Plan, that is not less than the amount that such holder would receive or retain if the estate was liquidated under Chapter 7 on account of such claim;

5.      The Plan has been accepted by at least one class of claims impaired under the Plan excluding insiders of Debtor;

6.      Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of Debtor except as proposed in the Plan; and

7.      All required Court and United States Trustee fees will be paid before the Effective Date of the Plan.

8.      Notice of the hearing on confirmation of the Plan was adequate and, based upon the foregoing, good cause appears for the entry of an Order confirming the Plan.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

00553941.000.DOC

3

1   9.    The Court will issue a separate Order confirming the Plan and setting specified

2   deadlines as set forth in the Plan.

3   **Respectfully Submitted By:**

4        KLEIN, DeNATALE, GOLDNER,
5   COOPER, ROSENLIEB & KIMBALL, LLP

6

7   By /s/ T. Scott Belden
        T. SCOTT BELDEN
8       TERRENCE T. EGLAND,
        Attorneys for Debtor, JRS Shaddy, Inc.

9

10

11

12

13  **Dated:**   October 09, 2009

14

15

16  W. Richard Lee
    United States Bankruptcy Judge

17

18

19

20

21

22

23

24

25

26

27

28

00553941.000.DOC                4

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309